CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 31 2023
ARTHUR JOHNSTON
BY _____ DC

CITY: _____

COUNTY: Rankin

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:23cr-63-TSL-LGI
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: Hunter Thomas Elward

**U.S. ATTORNEY INFORMATION:**

AUSA  Erin O. Chalk    BAR # 101721

INTERPRETER:  X  NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1   _____ PETTY _____ MISDEMEANOR   1   FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:242.F | 18 U.S.C § 242 | Deprivation of Rights Under Color or Law | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: *Ein O Chalk*

Revised 9/22/2020