PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:23CR63TSL-LGI

HUNTER THOMAS ELWARD
(wherever found)

    The Clerk of this Court will issue a warrant, an Information against the above-named defendant having been filed in the above-entitled cause on the 31st day of July 2023.

    This the 31st day of July 2023.

DARREN J. LAMARCA
United States Attorney

By: _____
Erin O. Chalk
Assistant U.S. Attorney
MSB # 101721

Warrant issued: _____

(EOC/FBI)